IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                                    Civil No.  08-cv-187-DRH

CHARLES E. COZART, JR., TRACY M.
COZART, GARRY V. WARNER and
 ILLINOIS STUDENT ASSISTANCE
COMMISSION,

       Defendants.

## ORDER FOR SERVICE BY PUBLICATION

This cause coming to be heard upon the motion of plaintiff, United States of America, for

an order requiring the appearance of the defendant, Illinois Student Assistance Commission,

hereinafter called the defendant, and it appearing to the Court that this is a suit to enforce a legal or

equitable lien upon or claim to real property within this district, and that the defendant cannot be

served within the State of Illinois, and has not voluntarily appeared herein, and that personal service

within the state upon such defendant is not practicable because service has been impossible to

obtain.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the Defendant shall

plead to the Complaint heretofore filed herein on or before February 13, 2009, and in default thereof,

the Court will proceed with adjudication of this cause, in the same manner as if such absent

defendant had been served with process within the State of Illinois; and

IT IS THEREFORE ORDERED that notice of this Order be published in the Daily Record, a newspaper published in the City of Lawrence, Illinois, not less than once each week for six (6) consecutive weeks prior to the return date hereinbefore designated.


/s/    David R Herndon
Chief Judge
United States District Court



DATED:  December 15, 2008