IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                          08-cv-187-DRH

**CHARLES E. COZART, JR., TRACY M. COZART, GARRY V. WARNER and ILLINOIS STUDENT ASSISTANCE COMMISSION,**

    **Defendants.**

## ORDER

**HERNDON, CHIEF JUDGE:**

Today, the Government filed its notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) (Doc. 22). The Court **ACKNOWLEDGES** the notice of dismissal and **DISMISSES without prejudice** this case of action. Further, the Court will close the file.

    **IT IS SO ORDERED.**

    Signed this 22nd day of January, 2009.

                                    /s/      David R. Herndon

                                    Chief Judge
                                    United States District Court